**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

  vs.

KEVIN R. FOSTER,

        Defendant.

**CASE NO. 2:16-cr-137**

**CHIEF JUDGE EDMUND A. SARGUS**

## VERDICT FORM 1

### A. COUNT 1: WIRE FRAUD

As to the crime of committing wire fraud alleged in Count 1, we the jury, in the above-entitled case, unanimously find the Defendant, Kevin R. Foster,

(check only one)

_____ Not Guilty   or   ✓ Guilty

(if you checked 'guilty' **SKIP** B and move on to Count 2.
If you checked 'not guilty' **SEE** B. below)

### B. COUNT 1: AIDING AND ABETTING WIRE FRAUD

As to aiding and abetting in the commission of wire fraud as alleged in Count 1, we the jury, in the above-entitled case, unanimously find the defendant, Kevin R. Foster,

(check only one)

_____ Not Guilty   or   _____ Guilty

1

(All must agree)

SIGNED THIS 24 DAY OF AUGUST, 2018.

2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

UNITED STATES OF AMERICA,

               Plaintiff,

     vs.

KEVIN R. FOSTER,

              Defendant.

CASE NO. 2:16-cr-137

CHIEF JUDGE EDMUND A. SARGUS

## VERDICT FORM 2

### A. COUNT 2: WIRE FRAUD

As to the crime of committing wire fraud alleged in Count 2, we the jury, in the above-entitled case, unanimously find the Defendant, Kevin R. Foster,

(check only <u>one</u>)

_____ Not Guilty    or    ✓ Guilty

(if you checked 'guilty' **SKIP** B and move on to Count 3.
If you checked 'not guilty' **SEE** B. below)

### B. COUNT 2: AIDING AND ABETTING WIRE FRAUD

As to aiding and abetting in the commission of wire fraud as alleged in Count 2, we the jury, in the above-entitled case, unanimously find the Defendant, Kevin R. Foster,

(check only <u>one</u>)

_____ Not Guilty    or    _____ Guilty

3

(All must agree)                                                                    .

SIGNED THIS $\underline{24}$ DAY OF AUGUST, 2018.

4

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**KEVIN R. FOSTER,**

**Defendant.**

**CASE NO. 2:16-cr-137**

**CHIEF JUDGE EDMUND A. SARGUS**

**VERDICT FORM 3**

**A.  COUNT 3: WIRE FRAUD**

As to the crime of committing wire fraud alleged in Count 3, we the jury, in the above-entitled case, unanimously find the Defendant, Kevin R. Foster,

(check only <u>one</u>)

_____ Not Guilty    or    ✓ Guilty

(if you checked 'guilty' **SKIP** B and move on to Count 4.
If you checked 'not guilty' **SEE** B. below)

**B.  COUNT 3: AIDING AND ABETTING WIRE FRAUD**

As to aiding and abetting in the commission of wire fraud as alleged in Count 3, we the jury, in the above-entitled case, unanimously find the defendant, Kevin R. Foster,

(check only <u>one</u>)

_____ Not Guilty    or    _____ Guilty

5

(All must agree)

SIGNED THIS _____ DAY OF AUGUST, 2018.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

  **vs.**

**KEVIN R. FOSTER,**

      **Defendant.**

**CASE NO. 2:16-cr-137**

**CHIEF JUDGE EDMUND A. SARGUS**

**VERDICT FORM 4**

**A.  COUNT 4: WIRE FRAUD**

As to the crime of committing wire fraud alleged in Count 4, we the jury, in the above-entitled case, unanimously find the Defendant, Kevin R. Foster,

(check only <u>one</u>)

_____ Not Guilty   or   ___✓___ Guilty

(if you checked 'guilty' **SKIP** B and move on to Count 5.
If you checked 'not guilty' **SEE** B. below)

**B.  COUNT 4: AIDING AND ABETTING WIRE FRAUD**

As to aiding and abetting in the commission of wire fraud as alleged in Count 4, we the jury, in the above-entitled case, unanimously find the defendant, Kevin R. Foster,

(check only <u>one</u>)

_____ Not Guilty   or   _____ Guilty

7

(All must agree)

SIGNED THIS __24__ DAY OF AUGUST, 2018.

8

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

               **Plaintiff,**

      **vs.**

**KEVIN R. FOSTER,**

            **Defendant.**

**CASE NO. 2:16-cr-137**

**CHIEF JUDGE EDMUND A. SARGUS**

## VERDICT FORM 5

### A. COUNT 5: MONEY LAUNDERING

As to Count 5, the commission of the crime of money laundering alleged in Count 5, we the jury, in the above-entitled case, unanimously find the defendant, Kevin R. Foster,

(check only <u>one</u>)

_____ Not Guilty   or   ✓\_\_\_\_ Guilty

(if you checked 'guilty' **SKIP** B and move on to Count 6.
If you checked 'not guilty' **SEE** B. below)

### B. COUNT 5: AIDING AND ABETTING MONEY LAUNDERING

As to aiding and abetting in the commission of the crime money laundering as alleged in Count 5, we the jury, in the above-entitled case, unanimously find the Defendant, Kevin R. Foster,

(check only <u>one</u>)

_____ Not Guilty   or   _____ Guilty

9

(All must agree)

SIGNED THIS __24__ DAY OF AUGUST, 2018.

10

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

    vs.

KEVIN R. FOSTER,

        Defendant.

**CASE NO. 2:16-cr-137**

**CHIEF JUDGE EDMUND A. SARGUS**

## VERDICT FORM 6

### A. COUNT 6: MONEY LAUNDERING

As to Count 6, the commission of the crime of money laundering alleged in Count 6, we the jury, in the above-entitled case, unanimously find the defendant, Kevin R. Foster,

(check only <u>one</u>)

_____ Not Guilty    or    ___✓___ Guilty

(if you checked 'guilty' **SKIP** B and move on to Count 7.
If you checked 'not guilty' **SEE** B. below)

### B. COUNT 6: AIDING AND ABETTING MONEY LAUNDERING

As to aiding and abetting in the commission of the crime money laundering as alleged in Count 6, we the jury, in the above-entitled case, unanimously find the defendant, Kevin R. Foster,

(check only <u>one</u>)

_____ Not Guilty    or    _____ Guilty

11

(All must agree)

SIGNED THIS $24$ DAY OF AUGUST, 2018.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

    vs.

KEVIN R. FOSTER,

        Defendant.

CASE NO. 2:16-cr-137

CHIEF JUDGE EDMUND A. SARGUS

## VERDICT FORM 7

### A. COUNT 7: MONEY LAUNDERING

As to Count 7, the commission of the crime of money laundering alleged in Count 7, we the jury, in the above-entitled case, unanimously find the defendant, Kevin R. Foster,

(check only one)

_____ Not Guilty   or   ___✓___ Guilty

(if you checked 'guilty' **SKIP** B and move on to Count 8.
If you checked 'not guilty' **SEE** B. below)

### B. COUNT 7: AIDING AND ABETTING MONEY LAUNDERING

As to aiding and abetting in the commission of the crime money laundering as alleged in Count 7, we the jury, in the above-entitled case, unanimously find the defendant, Kevin R. Foster,

(check only one)

_____ Not Guilty   or   _____ Guilty

13

(All must agree)

SIGNED THIS _24_ DAY OF AUGUST, 2018.

14

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

    vs.

KEVIN R. FOSTER,

        Defendant.

CASE NO. 2:16-cr-137

CHIEF JUDGE EDMUND A. SARGUS

## VERDICT FORM 8

### A. COUNT 8: MONEY LAUNDERING

As to Count 8, the commission of the crime of money laundering alleged in Count 8, we the jury, in the above-entitled case, unanimously find the Defendant, Kevin R. Foster,

(check only <u>one</u>)

_____ Not Guilty    or    ✓ Guilty

(if you checked 'guilty' **SKIP** B and move on to Count 9.
If you checked 'not guilty' **SEE** B. below)

### B. COUNT 8: AIDING AND ABETTING MONEY LAUNDERING (COUNT 8)

As to aiding and abetting in the commission of the crime money laundering as alleged in Count 8, we the jury, in the above-entitled case, unanimously find the Defendant, Kevin R. Foster,

(check only <u>one</u>)

_____ Not Guilty    or    _____ Guilty

15

(All must agree)

SIGNED THIS ___24___ DAY OF AUGUST, 2018.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

    vs.

KEVIN R. FOSTER,

          Defendant.

CASE NO. 2:16-cr-137

CHIEF JUDGE EDMUND A. SARGUS

## VERDICT FORM 9

### A. COUNT 9: MONEY LAUNDERING

As to Count 9, the commission of the crime of money laundering alleged in Count 9, we the jury, in the above-entitled case, unanimously find the Defendant, Kevin R. Foster,

(check only <u>one</u>)

_____ Not Guilty    or    ✓ Guilty

(if you checked 'guilty' **SKIP** B and move on to Count 10.
If you checked 'not guilty' **SEE** B. below)

### B. COUNT 9:AIDING AND ABETTING MONEY LAUNDERING

As to aiding and abetting in the commission of the crime money laundering as alleged in Count 9, we the jury, in the above-entitled case, unanimously find the defendant, Kevin R. Foster,

(check only <u>one</u>)

_____ Not Guilty    or    _____ Guilty

17

(All must agree)

SIGNED THIS __24__ DAY OF AUGUST, 2018.

18

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

UNITED STATES OF AMERICA,

      Plaintiff,

    vs.

KEVIN R. FOSTER,

      Defendant.

CASE NO. 2:16-cr-137

CHIEF JUDGE EDMUND A. SARGUS

## VERDICT FORM 10

### A. COUNT 10: BANKRUPTCY FRAUD

As to Count 10, the commission of the crime of bankruptcy fraud alleged in Count 10, we the jury, in the above-entitled case, unanimously find the Defendant, Kevin R. Foster,

(check only one)

_____ Not Guilty    or    \_✓\_ Guilty

(if you checked 'guilty' **SKIP** B and move on to Count 11.
If you checked 'not guilty' **SEE** B. below)

### B. COUNT 10: AIDING AND ABETTING BANKRUPTCY FRAUD

As to aiding and abetting in the commission of the crime of bankruptcy fraud as alleged in Count 10, we the jury, in the above-entitled case, unanimously find the Defendant, Kevin R. Foster,

(check only one)

_____ Not Guilty    or    _____ Guilty

19

(All must agree) _____ P

SIGNED THIS $2\,4$ DAY OF AUGUST, 2018.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

            **Plaintiff,**

    **vs.**

**KEVIN R. FOSTER,**

            **Defendant.**

**CASE NO. 2:16-cr-137**

**CHIEF JUDGE EDMUND A. SARGUS**

## VERDICT FORM 11

### A. COUNT 11: TAX EVASION

As to Count 11, the commission of the crime of tax evasion alleged in Count 11, we the jury, in the above-entitled case, unanimously find the Defendant, Kevin R. Foster,

(check only <u>one</u>)

_____ Not Guilty     or     ✓\_\_\_\_\_ Guilty

(if you checked 'guilty' **SKIP** B and move on to Count 12.
If you checked 'not guilty' **SEE** B. below)

### B. COUNT 11: AIDING AND ABETTING TAX EVASION

As to aiding and abetting in the commission of the crime tax evasion as alleged in Count 11, we the jury, in the above-entitled case, unanimously find the Defendant, Kevin R. Foster,

(check only <u>one</u>)

_____ Not Guilty     or     _____ Guilty

(All must agree)

SIGNED THIS $24$ DAY OF AUGUST, 2018.

22

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**vs.**

**KEVIN R. FOSTER,**

        **Defendant.**

**CASE NO. 2:16-cr-137**

**CHIEF JUDGE EDMUND A. SARGUS**

## VERDICT FORM 12

### A. COUNT 12: TAX EVASION

As to Count 12, the commission of the crime of tax evasion alleged in Count 12, we the jury, in the above-entitled case, unanimously find the Defendant, Kevin R. Foster,

(check only <u>one</u>)

_____ Not Guilty     or     \_\_\_✓\_\_ Guilty

(if you checked 'guilty' **SKIP** B and move on to Count 13.
If you checked 'not guilty' **SEE** B. below)

### B. COUNT 12: AIDING AND ABETTING TAX EVASION

As to aiding and abetting in the commission of the crime tax evasion alleged in Count 12, we the jury, in the above-entitled case, unanimously find the Defendant, Kevin R. Foster,

(check only <u>one</u>)

_____ Not Guilty     or     _____ Guilty

23

(All must agree)

SIGNED THIS 24 DAY OF AUGUST, 2018.

24

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

KEVIN R. FOSTER,

      Defendant.

CASE NO. 2:16-cr-137

CHIEF JUDGE EDMUND A. SARGUS

## VERDICT FORM 13

### A. COUNT 13: FILING A FALSE TAX RETURN

As to Count 13, the commission of the crime of filing a false tax return alleged in Count 13, we the jury, in the above-entitled case, unanimously find the Defendant, Kevin R. Foster,

(check only <u>one</u>)

_____ Not Guilty   or   ✓ Guilty

(if you checked 'guilty' **SKIP** B and move on to Count 14.
If you checked 'not guilty' **SEE** B. below)

### B. COUNT 13: AIDING AND ABETTING FILING A FALSE TAX RETURN

As to aiding and abetting in the commission of the crime of filing a false tax return as alleged in Count 13, we the jury, in the above-entitled case, unanimously find the Defendant, Kevin R. Foster,

(check only <u>one</u>)

_____ Not Guilty   or   _____ Guilty

25

(All must agree)

SIGNED THIS $\underline{24}$ DAY OF AUGUST, 2018.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**KEVIN R. FOSTER,**

**Defendant.**

**CASE NO. 2:16-cr-137**

**CHIEF JUDGE EDMUND A. SARGUS**

## VERDICT FORM 14

### A. COUNT 14: FILING A FALSE TAX RETURN

As to Count 14, the commission of the crime of filing a false tax return alleged in Count 14, we the jury, in the above-entitled case, unanimously find the defendant, Kevin R. Foster,

(check only <u>one</u>)

_____ Not Guilty    or    \_\_✓\_\_ Guilty

(if you checked 'guilty' **SKIP** B and move on to Count 15.
If you checked 'not guilty' **SEE** B. below)

### B. COUNT 14: AIDING AND ABETTING FILING A FALSE TAX RETURN

As to aiding and abetting in the commission of the crime of filing a false tax return as alleged in Count 14, we the jury, in the above-entitled case, unanimously find the defendant, Kevin R. Foster,

(check only <u>one</u>)

_____ Not Guilty    or    _____ Guilty

27

(All must agree)

SIGNED THIS ___24___ DAY OF AUGUST, 2018.

28

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

    **vs.**

**KEVIN R. FOSTER,**

        **Defendant.**

**CASE NO. 2:16-cr-137**

**CHIEF JUDGE EDMUND A. SARGUS**

## VERDICT FORM 15

### A. COUNT 15: FILING A FALSE TAX RETURN

As to Count 15, the commission of the crime of filing a false tax return alleged in Count 15, we the jury, in the above-entitled case, unanimously find the Defendant, Kevin R. Foster,

(check only <u>one</u>)

_____ Not Guilty    or    \_✓\_\_\_ Guilty

(if you checked 'guilty' **SKIP** B and move on to Count 16.
If you checked 'not guilty' **SEE** B. below)

### B. COUNT 15: AIDING AND ABETTING FILING A FALSE TAX RETURN

As to aiding and abetting in the commission of the crime of filing a false tax return as alleged in Count 15, we the jury, in the above-entitled case, unanimously find the Defendant, Kevin R. Foster,

(check only <u>one</u>)

_____ Not Guilty    or    _____ Guilty

29

(All must agree)

SIGNED THIS 24 DAY OF AUGUST, 2018.

30

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

UNITED STATES OF AMERICA,

            Plaintiff,

      vs.

KEVIN R. FOSTER,

            Defendant.

**CASE NO. 2:16-cr-137**

**CHIEF JUDGE EDMUND A. SARGUS**

## VERDICT FORM 16

### A. COUNT 16: FILING A FALSE TAX RETURN

As to Count 16, the commission of the crime of filing a false tax return alleged in Count 16, we the jury, in the above-entitled case, unanimously find the Defendant, Kevin R. Foster,

(check only <u>one</u>)

_____ Not Guilty    or    ✓ Guilty

(if you checked 'guilty' **STOP**.
If you checked 'not guilty' **SEE** B. below)

### B. COUNT 16: AIDING AND ABETTING FILING A FALSE TAX RETURN

As to aiding and abetting in the commission of the crime of filing a false tax return alleged in Count 16, we the jury, in the above-entitled case, unanimously find the Defendant, Kevin R. Foster,

(check only <u>one</u>)

_____ Not Guilty    or    _____ Guilty

31

(All must agree)                                    _____ /

SIGNED THIS $24$ DAY OF AUGUST, 2018.